**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| BRANDON M. EVANS, on behalf of himself and all others similarly situated, **)** **)** **)** | |
| | CASE NO. 5:23-cv-998 |
| Plaintiff, **)** **)** | JUDGE SARA LIOI |
| vs. **)** **)** | JOINT STIPULATION OF DISMISSAL |
| HUNTER WARFIELD, INC., **)** **)** | |
| Defendant. **)** **)** | |

It is hereby stipulated and agreed, by and among the parties hereto, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brandon M. Evans ("Plaintiff") voluntarily dismisses with prejudice, the complaint and all claims alleged therein in its individual capacity against Hunter Warfield, Inc. ("Defendant"), and dismisses all class claims alleged against Defendant without prejudice.  Each party shall bear its own fees and costs.

This 18th day of January, 2024.


/s/ Seth M. Lehrman
Seth M. Lehrman (FL#132896)
LEHRMAN LAW
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: 954-323-2066
E-mail: seth@lehrmanlaw.com


John A. Love (GA#459155)
LOVE CONSUMER LAW
2500 Northwinds Parkway, Suite 330
Alpharetta, Georgia 30009
Telephone: 404-855-3600
E-mail: tlove@loveconsumerlaw.com

/s/ Boyd W. Gentry
Boyd W. Gentry (0071057)
Law Office of Boyd W. Gentry, LLC
4031 Colonel Glenn Highway, 1st Floor
Beavercreek, Ohio 45431
Telephone: 937-839-2881
Email: bgentry@boydgentrylaw.com


David A. Grassi, Jr.
Frost Echols, LLC
P.O. Box 12645
Rock Hill, SC 29730
Telephone: 803-329-8970
Email: david.grassi@frostechols.com


*Counsel for Defendant*
*Hunter Warfield, Inc.*

Robert William Murphy
Florida Bar No. 717223
440 Premier Circle, Suite 240
Charlottesville, Virginia 22901
Phone: (434) 328-3100
Email: rwmurphy@lawfirmmurphy.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 18, 2024, I filed the foregoing paper using the CM/ECF System, which will electronically serve notification of same to all counsel of record.

<u>*/s/ Seth M. Lehrman*</u>
Seth M. Lehrman

*Counsel for Plaintiff*