# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| BRANDON M. EVANS, | ) | CASE NO. 5:23-cv-998 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| HUNTER WARFIELD, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter comes before the Court upon the parties' Joint Stipulation of Dismissal. (Doc. No. 20.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), parties may stipulate to dismissal of an action by filing a stipulation of dismissal signed by all parties who have appeared. The parties in this case have entered into such a stipulation and, therefore, this case is closed.

**IT IS SO ORDERED**.

Dated: January 19, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**